```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
                          SOUTHERN DIVISION
```

CHARLES O. MILTON,                   :

    Plaintiff,                       :

vs.                                  : CIVIL ACTION 11-0013-WS-M

ERNICE DELMORE,                      :

    Defendant.

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 7th day of March, 2012.

                                      s/ WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE