```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

CHARLES O. MILTON,              :

    Plaintiff,                  :

vs.                             : CIVIL ACTION 11-0013-WS-M

ERNICE DELMORE,                 :

    Defendant.

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 7th day of March, 2012.

                                              <u>s/ WILLIAM H. STEELE</u>
                                              CHIEF UNITED STATES DISTRICT JUDGE