```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

CHARLES O. MILTON,              :

    Plaintiff,                  :

vs.                             : CIVIL ACTION 11-0013-WS-M

ERNICE DELMORE,                 :

    Defendant.

### JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 7th day of March, 2012.

                                        s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE